**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**
EASTERN DIVISION

| | | |
|---|---|---|
| **STEVEN R. HUGHES,** *et al.*, : | CASE NO.: 5:19-cv-00011-SL |
| *Plaintiffs* | |
| : | Judge Sara Lioi |
| -vs- | |
| **DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for American Home Mortgage Assets Trust 2007-3, Mortgage Backed Pass-Through Securities**, *et. al.*, : : | **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO ANSWER OR PLEA** |
| *Defendants* | |

Now come Plaintiffs, by and through Counsel Omar Shaaban, and respectfully move this honorable court to grant an extension of time to answer, Plead or otherwise respond to Defendants' Motions to Dismiss.

Plaintiffs requests a brief extension through March 29 2019 to further provide their responsive Pleading. Due to a high caseload and file responsibility, Plaintiffs" counsel requests this brief extension of time. Defendants should not be prejudices by such a limited extension

1

WHEREFORE, Plaintiffs request that this honorable court extends the time allowed to respond to Defendants' motion until and including March 29 2019.

Respectfully submitted,

*/s/ Omar Shaaban*

Omar Shaaban Counsel for Plaintiffs

CERTIFICATE OF SERVICE

This is to certify that the foregoing Motion for Extension of Time was filed electronically on March 7, 2019.  Notice this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and said parties may access this filing through the Court's system.

*/s/ Omar Shaaban*

Omar Shaaban Counsel for Plaintiffs

2