**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **STEVEN R. HUGHES, et al.,** | **CASE NO. 5:19-CV-00011** |
| **Plaintiffs,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| **DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,** | **JUDGMENT ENTRY** |
| **Defendants.** | |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, DBNTC's motion to dismiss for insufficient service of process (Doc. No. 8) is GRANTED, and Plaintiffs' claims against DBNTC are DISMISSED WITHOUT PREJUDICE. DBNTC's motion to dismiss based on its joinder in the Ocwen Parties' motion to dismiss is DENIED AS MOOT.

The Ocwen Parties' motion to dismiss (Doc. No. 7) is GRANTED, except Plaintiffs' quiet-title claim (Count 9) is REMANDED to state court. Counts 1-8 and 10 against Homeward, MERS, and Ocwen are either barred by the doctrine of *res judicata* or time-barred by the statute of limitations and are therefore DISMISSED WITH PREJUDICE. Plaintiffs' FDCPA and CSPA claims against Mr. Berkeley are likewise time-barred and are DISMISSED WITH PREJUDICE, while Plaintiffs' remaining claims against Mr. Berkeley are DISMISSED WITHOUT PREJUDICE based on Plaintiffs' failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**

Date: October 7, 2019

    *s/Pamela A. Barker*
PAMELA A. BARKER
U. S. DISTRICT JUDGE